**Opinion issued April 10, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00183-CV

————————————

### IN RE ALLIED TRUST INSURANCE COMPANY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On March 13, 2025, relator, Allied Trust Insurance Company, filed a petition for writ of mandamus challenging two trial court orders, including a May 13, 2024 order denying relator's motion for summary judgment and a November 13, 2024 order denying relator's "Motion for Reconsideration of Summary Judgment."[1]

---

[1] The underlying case is *Ashante Parker v. Allied Trust Insurance Company*, Cause No. 2024-06579, in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft-Demming presiding.

Relator argued that the trial court erred in denying its motions because "the contractual limitations period on [the] claims [of real party in interest, Ashante Parker] unequivocally expired prior to the filing" of the underlying lawsuit.

Relator requested that this Court grant the petition for writ of mandamus and order the trial court to grant relator's motion for summary judgment and "dismiss this litigation as a matter of law."

In connection with its mandamus petition, relator also filed a "Motion for Stay of Underlying Litigation Pending Mandamus Relief." In the motion, relator requested a "stay of the underlying litigation and trial setting in this matter, pending grant of mandamus relief."

We conclude that relator has failed to establish that it is entitled to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus and motion for stay. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.